IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| **ANDREW U. D. STRAW,**<br>*Plaintiff,* | ) <br> ) <br> ) | Case#: 7:23-cv-162-BO-BM |
| | ) | Hon. Terrence Boyle |
| v. | ) | Judge Presiding |
| | ) | Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,**<br>*Defendant.* | ) <br> ) <br> ) | Magistrate Judge |
| | ) | JURY TRIAL DEMANDED |

### ORDER ON MOTION TO APPOINT ANDREW U. D. STRAW AS COUNSEL FOR ESTATE OF SANDRA K. STEVENS (HIS MOTHER) AND MS. AVA STRAW, HIS DAUGHTER

The Court, being advised in the premises, makes the following findings and orders:

- Mr. Straw represented his mother's estate and his daughter in MDL-2218, the subject of which was compensation for the Camp LeJeune poisoning injuries these three people have claimed.

- Mr. Straw claims brain or spinal injury in all three cases and all three of these people have Navy JAG claims under CLJA. Mr. Straw has alleged presence of all 3 at Camp LeJeune from 1968 to 1970, with Ava Straw's exposure via Mr. Straw's gametes, which were present during that time at the base.

*Held:* This Court has inherent power to admit attorneys before it and is not limited to the procedures in the Local Rules when justice so requires. Mr. Straw has *already* represented his mother's estate and his daughter in federal court for these same exact injuries in MDL-2218. There is no reason not to appoint him to represent them when they win, as seems likely here under CLJA. Other firms have not agreed to represent this family for their litigation and trial needs, so Mr. Andrew U. D. Straw is granted permission to proceed as their lawyer here, limited only to the Estate of Sandra K. Stevens and Ava Straw, whose claims and family co-plaintiffs may be added to this lawsuit with short form complaints by Mr. Straw when administratively ripe. Sandra's Estate's short form complaint, attached, is hereby allowed. Mr. Straw shall be granted CM/ECF privileges for this cause number.

10