IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-01475-FL

| | | |
|---|---|---|
| IN RE: CAMP LEJEUNE WATER LITIGATION | ) ) ) ) | |
| This document relates to: | ) | NOTICE OF APPEARANCE |
| *ESTATE OF SANDRA K. STEVENS v.* | ) | |
| *UNITED STATES OF AMERICA*, | ) | |
| No. 7:23-cv-01475-FL | ) | |

Please enter the appearance of the following attorney on behalf of Defendant in the

above-captioned matter:

Nathan Bu
Trial Attorney
U.S. Department of Justice
NY Bar No. 5702766
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4473

Street Address:                          U.S. Mail Address:[1]

1100 L St. NW                            P.O. Box 340, Ben Franklin Station
Washington, DC 20530                     Washington, DC 20044

Respectfully submitted on November 20, 2023.

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security
precautions. All materials should be sent via private delivery service to the street address above.

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Nathan Bu*
Nathan Bu
Trial Attorney
N.Y. Bar No. 5702766
Civil Division, Torts Branch
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, a copy of the foregoing Notice of

Appearance was filed via the Court's ECF system and served on counsel of record through the

ECF system.

*/s/ Nathan Bu*
Nathan Bu