IN THE

# United States District Court for the
# Eastern District of North Carolina

**FILED**

NOV 22 2023

Southern Division

PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| **ANDREW U. D. STRAW**, *Plaintiff*, | ) Case#: 7:23-cv-1475-FL |
| v. | ) Hon. Louise W. Flanagan<br>) Judge Presiding<br>) Hon.<br>) Magistrate Judge |
| **UNITED STATES OF AMERICA**, *Defendant*. | ) <br>) JURY TRIAL DEMANDED |

## NOTICE RE REPRESENTATION OF 3 FAMILY PLAINTIFFS

COMES NOW, *Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), hereby NOTIFY the Court as follows:

## FACTS

1. I am a Camp LeJeune victim (**CLS23-4519**) along with my wrongfully dead mother ( Sandra K. Stevens; **CLS23-5185**) and my daughter with her scoliosis (Ava Straw; Navy JAG Claim emailed on 8/20/2023).

2. I have requested the Court to allow me to represent my mother's estate and my daughter given I already represented them in MDL-2218.

3. I have now filed a CLJA claim with Navy JAG to compensate my son, Manu U. D. Straw, for the alienation my disabilities and poverty have imposed on him through no fault of his own.

4. I would ask the Court to consider this and allow me to represent him and add him as a plaintiff here in a combined lawsuit for all 3.

5. Given the fantastic work of the Leadership Counsel in 7:23-cv-897, I believe filing a **short form complaint** for each will adequately represent their interests and I now have an account with Rubris-Crosslink to prepare documents.

WHEREFORE, I wish to NOTIFY the Court of my desire to also represent my son in this matter, along with my daughter and dead mother.

I, *pro se plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **November 8, 2023.**

Respectfully,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW

712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **November 8, 2023**, I sent this **NOTICE** via U.S. Mail to the Clerk of Court. CM/ECF will serve the defendants when the Clerk scans this document. Defendant by counsel will be notified of this lawsuit when *In Forma Pauperis* is granted.

Respectfully submitted,

*/s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com