IN THE

# United States District Court for the
# Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| ANDREW U. D. STRAW, <br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case#: 7:23-cv-1475-FL <br><br> Hon. Louise W. Flanagan <br> Judge Presiding <br> Hon. <br> Magistrate Judge <br><br> JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW ANDREW U. D. STRAW and I hereby state to the Court as follows:

### FACTS

1. I have changed my USA mailing address and wish to notify the Court of the change:

   9169 W STATE ST STE 690, Garden City, ID 83714-1733

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.   Signed:   **November 16, 2023.**

Respectfully,

*/s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **November 16, 2023**, I sent this **NOTICE** via U.S. Mail, First Class and Postage prepaid, to the Clerk of Court. CM/ECF will serve the defendants when the Clerk scans this document. Defendant by counsel will be notified of this lawsuit when *In Forma Pauperis* is granted.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com

2