IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| **ANDREW U. D. STRAW,** *Plaintiff,* | Case#: 7:23-cv-1475-FL |
| v. | Hon. Louise W. Flanagan Judge Presiding |
| **UNITED STATES OF AMERICA,** *Defendant.* | Hon. Magistrate Judge |
| | JURY TRIAL DEMANDED |

### AFFIDAVIT RE ESTATE ADMINISTRATOR APPOINTMENT

COMES NOW, *Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), hereby *depose* to the Court as follows:

### FACTS

1. I am a Camp LeJeune victim (**CLS23-004519**) along with my wrongfully dead mother ( Sandra K. Stevens; **CLS23-005185**) and my daughter with her scoliosis (Ava Straw; Navy JAG Claim emailed on 8/20/2023).

2. I have requested the Court to allow me to represent my mother's estate and my daughter given I already represented them in MDL-2218.

3. I have filed a CLJA claim with Navy JAG to compensate my son, Manu U. D. Straw, for the parental alienation my disabilities and poverty have imposed on him through no fault of his own.

4. The MDL-2218 denial case consolidated several cases for my family. The citations for my mother's cases are as follows:

5. *Estate OF Sandra Kay Isaacs Straw Stevens et. al. v. United States*, 1:16-cv-00489-TWP-MJD (S.D. Ind.);

6. *Estate OF Sandra Kay Isaacs Straw Stevens et. al. v. United States*, 1:16-cv-01106-TWT (N.D. Ga.)

7. The MDL citation and 11th Circuit appeal are cited as:

8. *In Re Camp Lejeune, NC Water Contamination Lit.*, 1:11-md-02218-TWT, 263 F.Supp.3d 1318 (N.D. Ga. 12/5/2016); *Straw v. USA, et. al.*, 16-17573 (11th Cir. 5/22/2019)

9. The estate was established by me in Indiana in 2014. The original ORDER assigning me as the administrator of the estate is attached. **Exhibit 1**

10. The legal citation for the estate case in Indiana is:

11. *Estate of Sandra K. Isaacs Straw Stevens*, 32D05-1409-EU000204 (Hendricks Cty. Sup. Ct. #5)

12. Moreover, the U.S. Navy responded to my original SF-95 filing as the administrator of my mother's estate on 12/30/2014. **Exhibit 2**

13. The IRS acknowledges that I am the administrator of the estate in a letter assigning the estate an EIN at my requests. **Exhibit 3**

14. Finally, I would note that CLJA allows a "legal representative" to file a CLJA claim. Public Law 117-168, SEC. 804(b).

15. My mother's death certificate with SSN redacted is **Exhibit 4**. This shows that Hendricks County, Indiana, City of Plainfield, is the correct estate location.

16. Please note that Sandra's USMC & USN medical records from Camp LeJeune Naval Hospital (CLNH) are already part of the record of another CLJA case pending before EDNC: *Straw v. U.S.*, 7:23-cv-162-BO-BM (E.D.N.C.) (Dkt. 9-1, pages 4-11). My birth certificate placing Sandra at CLNH on 3/19/1969 is at page 1 of that Dkt. 9-1.

17. Moreover, the Federal Circuit adjudicated my birth and Sandra's and my presence at Camp LeJeune already in 2021. *Straw v. Wilkie*, 20-2090, 843 F. App'x 263 (Fed. Cir. 1/15/2021)

Further, affiant sayeth not.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.　　　　Signed:　　　**November　　15,　　2023**.

Respectfully,

*[signature]*

s/ ANDREW U. D. STRAW

9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **November 15, 2023**, I sent this **NOTICE** via U.S. Mail, First Class and Postage prepaid, to the Clerk of Court. CM/ECF will serve the defendants when the Clerk scans this document. Defendant by counsel will be notified of this lawsuit when *In Forma Pauperis* is granted.

Respectfully submitted,

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
andrew@andrewstraw.com
www.andrewstraw.com