EXHIBIT 1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HENDRICKS COUNTY SUPERIOR COURT #5 |
| HENDRICKS COUNTY | ) SS: | |
| | ) | CAUSE NO. 32D05-1409-EU-204 |
| In the matter of the ESTATE OF SANDRA K. ISAACS STRAW STEVENS | ) ) ) ) ) | |
| ANDREW U. D. STRAW, petitioner. | ) ) | |

## ORDER

This Court, having duly considered the facts and purposes in the matter of the Estate of Sandra K. Isaacs Straw Stevens, and further advised by Attorney Andrew U. D. Straw (IN Bar# 23378-53) in the premises, does hereby ORDER that Andrew U. D. Straw is appointed to be the administrator of the Estate of Sandra K. Isaacs (Straw) (Stevens) for all lawful intents and purposes.

X _____
   Hon.

Signed this __/__ day of _____, 2014