# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**EXHIBIT 4**

Local No. 32-91-97
State No. 008118

*ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue its statutory responsibility. Disclosure is voluntary and there will be no penalty for refusal.*

THE RECORDS IN THIS SERIES ARE CONFIDENTIAL PER IC 16-1-19-3

TYPE/PRINT IN PERMANENT BLACK INK

### DECEDENT

- **1. DECEASED—NAME:** Sandra K. Stevens
- **2. SEX:** Female
- **3a. TIME OF DEATH:** 7:00 AM
- **3b. DATE OF DEATH:** Feb. 26, 1997
- **5a. AGE—Last Birthday:** 48
- **6. DATE OF BIRTH:** August 23, 1948
- **7. BIRTHPLACE:** Goshen, Indiana
- **8a. WAS DECEDENT A U.S. ARMED FORCES VETERAN?** NO
- **8b. YEAR LAST SERVED IN US ARMED FORCES?** N/A
- **9a. PLACE OF DEATH:** Residence
- **9b. FACILITY NAME:** 310 Wabash Street
- **9c. CITY, TOWN, OR LOCATION OF DEATH:** Plainfield
- **9d. COUNTY OF DEATH:** Hendricks
- **10. MARITAL STATUS:** Married
- **11. SURVIVING SPOUSE:** James A. Stevens
- **12a. DECEDENT'S USUAL OCCUPATION:** Computer programmer/analyst
- **12b. KIND OF BUSINESS/INDUSTRY:** Hunt Corp.
- **13a. RESIDENCE—STATE:** Indiana
- **13b. COUNTY:** Hendricks
- **13c. CITY, TOWN OR LOCATION:** Plainfield
- **13d. STREET AND NUMBER:** 310 Wabash Street
- **13e. ZIP CODE:** 46168
- **13f. INSIDE CITY LIMITS:** Yes
- **13g. ON A FARM?** No
- **14. CITIZEN OF WHAT COUNTRY?** U.S.A.
- **15. WAS DECEDENT OF HISPANIC ORIGIN?** No
- **16. RACE:** White
- **17. DECEDENT'S EDUCATION:** Elementary/Secondary (0-12): 12; College (1-4 or 5+): 2

### PARENTS

- **18. FATHER'S NAME:** Gerald Leroy Isaacs
- **19. MOTHER'S NAME:** Hope DeVere Johnson Raeder

### INFORMANT

- **20a. INFORMANT'S NAME:** James A. Stevens
- **20b. MAILING ADDRESS:** 310 Wabash St. Plainfield, Indiana 46168
- **20c. Relationship:** Spouse

### DISPOSITION

- **21a. METHOD OF DISPOSITION:** Burial
- **21b. DATE AND PLACE OF DISPOSITION:** March 1, 1997, Maple Hill Cemetery
- **21c. LOCATION:** Plainfield, Indiana
- **22a. EMBALMER'S NAME:** Gregory K. Monnett
- **22b. EMBALMER'S LICENSE NO:** FD08700507
- **23. WAS DEATH REPORTED TO CORONER?** No
- **24a. SIGNATURE OF FUNERAL DIRECTOR:** Mark C. Baker
- **24b. LICENSE NUMBER:** FD29400072
- **25. NAME, ADDRESS AND LICENSE NUMBER OF FUNERAL HOME:** Hall-Baker Funeral Home #89200014, 339 East Main Street, Plainfield, IN 46168

### CAUSE OF DEATH

- **26. PART I — IMMEDIATE CAUSE:** Breast Cancer — Approximate interval between onset and death: 1 3/4 years
- **27. WAS DECEDENT PREGNANT OR 90 DAYS POSTPARTUM?** NO
- **28a. WAS AN AUTOPSY PERFORMED?** NO
- **28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?** N/A

### CERTIFIER

- **29a. CERTIFIER:** Certifying Physician
- **29b. SIGNATURE AND TITLE OF CERTIFIER:** Raymond E. Markham
- **29c. MEDICAL LICENSE NO:** 31621
- **29d. DATE SIGNED:** 3/3/97
- **30. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** Raymond Markham M.D., 8266 N. Meridian St., Indianapolis, Indiana 46222

### HEALTH OFFICER

- **31. HEALTH OFFICER'S SIGNATURE**
- **32. DATE FILED:** 3-3-97

### 33. MANNER OF DEATH: Natural

SDH06-004 State Form 10110 (R4/3-93) Dcathcer/PD 1

---

THE ABOVE IS A TRUE COPY OF THE RECORD ON FILE WITH THE INDIANA STATE DEPARTMENT OF HEALTH.

NOV 18 2014

CERTIFICATE 364792
State Form 26217 (R2 / 7-09)

Not valid unless machine signed with multi-colored ribbon. It is unlawful to reproduce this record.

Case 7:23-cv-01475-FL   Document 11-4   Filed 11/29/23   Page 1 of 1