694424X16X8XPRI
ANDREW U. D. STRAW
9169 W STATE ST
STE 690
Garden City, ID 83714-1733



**First Class**
Accepted:
11/15/23, 12:04 AM (EST-05:00)

1*************************SNGLP 480

Clerk of Court
U.S. District Court, Eastern District of
1003 S 17th St
Wilmington, NC 28401-8023

## Document Information:

- 11 pages in the enclosed document
- 11 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*