
**RECEIVED**

NOV 29 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



22202