FILED

DEC 1 2 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK



IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,* | ) | Case#: 7:23-cv-1475-FL |
| | ) | |
| | ) | Hon. Louise W. Flanagan |
| v. | ) | Judge Presiding |
| | ) | Hon. |
| UNITED STATES OF AMERICA,<br>*Defendant.* | ) | Magistrate Judge |
| | ) | |
| | ) | JURY TRIAL DEMANDED |

## LETTER OPPOSING DUPLICATIVE AND UNCONSTITUTIONAL DEMAND FOR ANCILLARY ESTATE ADMINISTRATIONS IN NC IN 7:23-cv-897

I, *Plaintiff* Andrew U. D. Straw, make this LETTER to express the positions of my family on the DOJ opposition to streamlined estate administration in CLJA cases:

1. The Court has an opportunity to enforce the U.S. Constitution rather than some FRCP provision that runs contrary to the Constitution.

2. In **7:23-cv-897**, the consolidated CLJA case, DOJ at **Dkt. 71** opposes allowing estate representatives appointed by courts outside of North Carolina.

3. However, those appointments are judicial acts of other states that North Carolina must accept as a constitutional matter. **U.S. Const. Art. IV, Sec. 1**. By the terms of this constitutional provision, *all* must accept such acts, including this Court.

4. There is also a federal statute to that effect. **28 U.S.C. § 1738**.

WHEREFORE, my mother's estate was **established in 2014** in Indiana via a state court order and I was appointed administrator on **10/1/2014**. To demand thousands of people to clog the North Carolina state courts with ancillary estate actions serves no sound purpose and violates both the federal constitution and federal law. Its only discernable purpose is unethical delay after this matter has remained unresolved for 70 years. No more delays are acceptable at all.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury. Date: **8th Day of December, 2023**.

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **December 8, 2023**, I sent this **LETTER** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*[signature]*

PROPOSED COUNSEL

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

2