IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,* | )<br>)<br>) | Case#: 7:23-cv-1475-FL |
| v. | )<br>)<br>) | Hon. Louise W. Flanagan<br>Judge Presiding<br>Hon. |
| UNITED STATES OF AMERICA,<br>*Defendant.* | )<br>) | Magistrate Judge |
| | ) | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Proposed Counsel Andrew U. D. Straw, make this NOTICE for the ESTATE of my dead mother:

1. The Court in the consolidated case has now allowed the government to avoid releasing a Cancer Incidence Study that I believe will make the causation argument for me regarding breast cancer and the Camp LeJeune toxins.

2. My mother died of breast cancer and I am 100% convinced that Camp LeJeune toxic exposure is the cause. That study may well prove it and the failure to reveal it just convinces me more.

3. Moreover, without a jury trial as the government wants, there is no difference between USN deciding or another federal government officer (a judge).

4. Moreover, DOJ wants legal representatives of estates to set up an ancillary estate in NC regardless of the excessive cost and delay and Full Faith & Credit.

5. This Court, per Judge Dever, has asked the U.S. Navy to hurry up and decide these matters without forcing every victim to come to court and making the burden on EDNC 100x greater than it now is. The latest status report shows there are nearly 150,000 claims with the Navy under CLJA but only 1,500 lawsuits. That's about 100x.

6. It has now come to light in the consolidated case that USN is making a more genuine attempt to resolve CLJA cases within the administrative process, even allowing filing of actual supporting documents for the first time since CLJA was passed into law on August 10, 2022.

7. It seems likely that this lawsuit for my dead mother will be dismissed without prejudice anyway due to the inability to pay the filing fee, a fact integrally connected with the damage these poisons did to my mother and me both.

WHEREFORE, I make notice of voluntary dismissal (FRCP R. 41(a)(1)(A)(i)) without prejudice (FRCP R. 41(a)(1)(B)) so the USN is again in the position of being able to settle this claim.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **20th Day of December, 2023.**

*Andrew U. D. Straw*
Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **20th Day of December, 2023**, I sent this **NOTICE** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

PROPOSED COUNSEL

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com