IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREW U.D. STRAW as Representative of the Estate Of Sandra K. Stevens, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 7:23-CV-1475-FL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

-----

| | | |
|---|---|---|
| ANDREW U.D. STRAW as Representative of Manu U.D. Straw, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 7:23-CV-1634-FL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

-----

| | | |
|---|---|---|
| ANDREW U.D. STRAW as Representative of Ava Straw, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 7:23-CV-1635-FL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER**

These matters are before the court on plaintiff's notices of voluntary dismissal, which the court construes as motions for voluntary dismissal without prejudice.[1] In light of the pendency of litigation in the master docket, No. 7:23-CV-897, plaintiff's motions for voluntary dismissal without prejudice are GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2). These actions are DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to terminate as moot all pending motions and the memorandum and recommendations of the magistrate judge, and to CLOSE these cases.

SO ORDERED, this the 13th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Voluntary dismissal pursuant to notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is not available because defendant has filed an answer in the master docket, which is "deemed filed and docketed in each individual CLJA action that is on file when applicable." (Case Management Order No. 2, No. 7:23-CV-897 (DE 23) at 3).